Argued and submitted January 9, affirmed June 28, 2017

FRIENDS OF JENNINGS LODGE,
*Petitioner,*
*and*

Kris BALLE
and Carol Mastronarde,
*Petitioners below,*

*v.*

CLACKAMAS COUNTY
and Lennar Northwest, Inc.,
*Respondents.*

Land Use Board of Appeals
2016051; A163507

396 P3d 967

William K. Kabeiseman argued the cause for petitioner. With him on the brief was Bateman Seidel, P.C.

Kelly S. Hossaini argued the cause for respondent Lennar Northwest, Inc. With her on the brief was Miller Nash Graham & Dunn LLP.

No appearance for respondent Clackamas County.

Before Sercombe, Presiding Judge, and Hadlock, Chief Judge, and DeHoog, Judge.*

PER CURIAM

Affirmed. *Reinert v. Clackamas County,* 286 Or App 431, 398 P3d 989 (2017).

_____
* Hadlock, C. J., *vice* Flynn, J. pro tempore.